[No. 4698–II. Division Two. March 25, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. GERALD W. BROGDON, *Appellant.*

Appeal from a judgment of the Superior Court for Thurston County, No. 79-1-00191-4, Frank E. Baker, J., entered January 17, 1980. *Affirmed* by unpublished opinion per Reed, C.J., concurred in by Petrie and Petrich, JJ.

[No. 4213-8-III. Division Three. March 25, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. ALBERT M. CABALLERO, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 80-1-00537-1, Cameron K. Hopkins, J. Pro Tem., entered October 17, 1980. *Affirmed* by unpublished opinion per McInturff, C.J., concurred in by Munson and Roe, JJ.

[No. 4001-1-III. Division Three. March 25, 1982.]

*In the Matter of the Marriage of* MAXINE MAY ERLENBUSH, *Appellant, and* RAYMOND G. ERLENBUSH, *Respondent.*

Appeal from a judgment of the Superior Court for Franklin County, No. 23459, Robert S. Day, J., entered April 28, 1980. *Affirmed* by unpublished opinion per Munson, J., concurred in by Roe, A.C.J., and Green, J.

[No. 4459-9-III. Division Three. March 25, 1982.]

YAKIMA COUNTY, *Respondent,* v. LUISI TRUCK LINES, INC., *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 79-2-00152-5, Howard Hettinger, J., entered February 27, 1981. *Affirmed* by unpublished opinion per Roe, J., concurred in by McInturff, C.J., and Munson, J.